**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Brent Labarron PUGH, Defendant–**
**Appellant.**

**No. 08–12772**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 29, 2009.

William Gregory Hughes, Mobile, AL, for Defendant–Appellant.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and CARNES, Circuit Judges.

PER CURIAM:

William Gregory Hughes, appointed counsel for Brent L. Pugh, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and Pugh's convictions and sentences are **AFFIRMED.**